record. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Louis H. Chapman, Respondent, v. Harrie D. Eckler, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that there was error in excluding the evidence of the witness Fuller offered for the purpose of showing actual guilt of the plaintiff (*Morris* v. *Corson*, 7 Cow. 281, 284; *George* v. *Johnson*, 25 App. Div. 125, 129; *Paul* v. *Fargo*, 84 id. 9, 19; *Mack* v. *Sharp*, 138 Mich. 448; 5 Ann. Cas. 109, and note), and on the further ground that the court erred in excluding the proof of defendant's belief when the warrant was sworn out. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of the Board of Supervisors of the County of Herkimer to Acquire Lands for Highway Purposes under Chapter 30 of the Laws of 1909, etc., of Sylvester A. Seymour and Others.— Final order modified by granting to respondents an additional allowance of costs of five per cent, upon the award as made, and as modified affirmed, with costs to the respondents. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Maude E. English, as Administratrix, etc., of Wallace English, Deceased, Respondent, v. Robert J. Gordon and Albert Gordon, Appellants, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Agnes Clark, Respondent, v. Franklin N. Stowell, Appellant, Impleaded with Others, Defendants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Floyd Clark, Respondent, v. Franklin N. Stowell, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Albert Crosscut, Respondent, v. George D. Green and Another, Copartners, Doing Business under the Partnership Name of Green Brothers, Appellants. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Walter Borek, Appellant, v. Max Koehler and Boettger's Bakery, Inc., Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Robert Walker, Respondent, v. Frank Marella, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Robert Walker, Respondent, v. Frank Marella, Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

John C. Zimmerman and Another, Appellants, v. William E. C. Merriman and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.